COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | § | |
|---|---|---|
| JAMES LEE HELTON, | § | No. 08-13-00288-CR |
| Appellant, | § | Appeal from the |
| v. | § | 120th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20110D03238) |
| | § | |

## O R D E R

Pending before the Court is a motion filed by Appellant to allow his counsel to review certain sealed records in order that he may render effective assistance of counsel on appeal. The Court will treat this as a motion to supplement the appellate record with the following orders and items which have been sealed by these orders of the trial court:

1/19/12 Order for Psychiatric Exam;

1/23/12 Order Sealing Records;

1/24/12 Order Sealing Records;

2/1/12 Order Sealing Record;

2/3/12 Order Sealing Record;

2/23/12 Order Sealing Record; and

3/9/12 Competency Hearing.

Appellant asserts he has made multiple requests to the trial court clerk that the record be supplemented with these items (the orders and the items sealed by those orders) but the trial court clerk has not filed a sealed supplemental record with this Court. *See* TEX.R.APP.P. 34.5(c)(1)(permitting the trial court, the appellate court, or any party to direct the trial court clerk

1

to prepare, certify, and file in the appellate court a supplement containing any relevant item from the clerk's record). The motion to supplement the appellate record with the foregoing orders and sealed items is GRANTED. We therefore ORDER the trial court clerk to prepare a sealed supplemental record containing the orders and sealed items listed above and file it with this Court no later than March 6, 2014. The sealed record will not be made available to the public and will be available only for the use of the attorneys representing the parties to this appeal. Rule 9.10(f) (A court may also order that a document be filed under seal in paper form or electronic form, without redaction.)

IT IS SO ORDERED this 19th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.